## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Pierre Vaughn and Gail Vaughn v. State of Illinois, et al.

Case Number: 22-CV-04133

An appearance is hereby filed by the undersigned as attorney for:
Will County, James W. Glasglow and John R. Connor

Attorney name (type or print): Martin W. McManaman

Firm: L&G Law Group LLP

Street address: 175 West Jackson Blvd.; Suite 950

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6237665
(See item 3 in instructions)

Telephone Number: 312-364-2500

Email Address: martym@lgcounsel.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/13/2022

Attorney signature:   S/ Martin W. McManaman_____
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015