**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 22 CV 4133 |
|---|---|
| *Vaughn, et al v. State of Illinois, et al* | Hon. Manish Shah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant(s): State of Illinois, Kelly Krajnik, Gary Lawson

---

| NAME (Type or print) |
|---|
| Marci L. Sahinoglu |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Marci L. Sahinoglu* |

| FIRM |
|---|
| Office of the Illinois Attorney General |

| OFFICE ADDRESS |
|---|
| 100 W. Randolph, 13th Floor |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6306898 | (312) 814-3131 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES _X_ NO __ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ NO _X_ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___ NO _X_ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES _X_ NO ___ |