## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE VAUGHN and GAIL VAUGHN, | ) | Case No. 1:22-cv-04133 |
| | ) | |
| *Plaintiffs,* | ) | Hon. Manish S. Shah |
| | ) | |
| v. | ) | Mag. Beth W. Jantz |
| | ) | |
| STATE OF ILLINOIS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS

Plaintiffs, Pierre Vaughn and Gail Vaughn ("Plaintiffs"), and Defendants State of Illinois, The County of Will, James W. Glasgow, John R. Connor, Kelly J. Krajnik, and Gary Lawson (collectively, "Defendants"), through their respective counsel, jointly and respectfully request that this Court enter an Order approving the proposed briefing schedule for Defendants' forthcoming Motions to Dismiss. In support of this motion, the Parties state as follows:

1.     On August 8, 2022, Plaintiffs filed their Complaint against Defendants.

2.     On August 11, 2022, Plaintiffs requested that Defendants waive service of summonses.

3.     As of September 21, 2022, all Defendants have agreed to waive service of summonses.

4.      Defendants have expressed to Plaintiffs their intent to file Motions to Dismiss.

5.      For the ease of the parties and the Court, the parties have decided that a combined briefing schedule would allow for better efficiency in handling the forthcoming motions to dismiss.

6.      The Parties have conferred and agreed upon the following proposed briefing schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Defendants' Motions to Dismiss and accompanying Memorandums of Law | Friday, November 4, 2022 |
| Plaintiffs' Opposition to Defendants' Motions to Dismiss | Monday, December 12, 2022 |
| Defendants' Replies in Support of their Motions to Dismiss | Wednesday, January 11, 2022 |

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the proposed briefing schedule pertaining to Motions to Dismiss as set forth above.

Dated: September 27, 2022

Respectfully Submitted,

/s/ *Keith Altman*
Keith Altman, Esq. (P81702)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com

*Counsel for Plaintiffs*

/s/ *Martin W. McManaman (w/ permission)*
Martin W. McManaman (6237665)
L&G LAW GROUP LLP
175 West Jackson Blvd., Suite 950
Chicago, IL 60604
Tel: (312) 364-2500
martym@lgcounsel.com

*Counsel for Defendants,*
*Will County, James W. Glasgow and*
*John R. Connor*

/s/ *Marci L. Sahinoglu (w/ permission)*
Marci L. Sahinoglu (6306898)
OFFICE OF THE ILLINOIS ATTORNEY
GENERAL
100 West Randolph, 13th Floor
Chicago, IL 60601
Tel: (312) 814-3131
marci.sahinoglu@ilag.gov

*Counsel for Defendants,*
*State of Illinois, Kelly Krajnik and*
*Gary Lawson*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PIERRE VAUGHN and GAIL VAUGHN, | ) ) ) | Case No. 1:22-cv-04133 |
| *Plaintiffs,* | ) ) | Hon. Manish S. Shah |
| v. | ) ) | Mag. Beth W. Jantz |
| STATE OF ILLINOIS, et al., | ) ) | |
| *Defendants.* | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on September 27, 2022, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ *Keith Altman*
Keith Altman, Esq.