# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Pierre Vaughn, et al.

                     Plaintiff,

v.                                                        Case No.: 1:22–cv–04133
                                                              Honorable Manish S. Shah

State of Illinois, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion to set a briefing schedule [13] is granted. Motions to dismiss must be filed by 11/4/22, responses by 12/12/22, and replies by 1/11/23. Discovery is stayed, and the court will rule on the motions by cm/ecf. The court requests that the parties address Article III standing (what concrete and particularized injury do plaintiffs suffer to allow them to pursue the requested injunctive relief) and whether a federal court has any authority to order a state court or prosecution to modify records or evidence from a criminal case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.