# EXHIBIT 2

```
STATE OF ILLINOIS )
                  ) SS.
COUNTY OF W I L L )
```

IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

```
THE PEOPLE OF THE STATE OF ILLINOIS,)
                                    )
                       Plaintiff,   )
                                    )
     -vs-                           ) NO. 2007 CF 1308
                                    )
CHRISTOPHER DOUGLAS VAUGHN,         )
                                    )
                       Defendant.   )
```

REPORT OF PROCEEDINGS had at the hearing of the above-entitled cause before the WILL COUNTY GRAND JURY, on the 25th day of July, A.D., 2007, at the Will County Courthouse, 14 W. Jefferson Street, Joliet, Illinois.

APPEARANCES:

    HON. JAMES W. GLASGOW, State's Attorney
    BY:  MS. LEA NORBUT and MR. BAMIDELE ADELAYO, Assistant State's Attorneys
        Appeared on behalf of the People.

               STEVE VITHOULKAS, CSR, RPR, RMR
                   Will County Courthouse
                      Joliet, IL  60432