# EXHIBIT 4



**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command
Joliet Forensic Science Laboratory

Case# J07-5345

Analyst kle

**DNA COVER SHEET**

ORIGINAL (circled) SUPPLEMENTAL

Date Submitted for Technical Review: 7-3-07

Technical Review By: lb Date: 7/19/07

Total Number of Pages in This Analysis Packet: 141+134A = 142

**CONVERSATION RECORD**

| DATE | TIME | INDIVIDUAL / AGENCY | SUMMARY OF CONVERSATION | INITIALS |
|---|---|---|---|---|
| 7-24-07 | ~11:30 AM | John Conner 815-530-7111 (cell) | I called to ask about Kimberly Vaughn. At the time her standard was submitted she was listed as a suspect & was therefore entered into the CODIS database. New evidence has come in & she's listed as a victim. Do they want her removed from CODIS? Yes - she's no longer a suspect - remove her from CODIS. ok. | kle |



007234