IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIERRE VAUGHN and GAIL VAUGHN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 22-cv-4133 |
| v. | ) |
| | ) Judge Manish Shah |
| STATE OF ILLINOIS, COUNTY OF WILL, | ) |
| JAMES W. GLASGOW, JOHN R. CONNOR, | ) |
| KELLY J. KRAJNIK and GARY LAWSON, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:  Keith Altman                              Marci L. Sahinoglu
     The Law Office of Keith Altman            Assistant Attorney General
     33228 West 12 Mile Road                   100 West Randolph Street
     Suite 375                                 13th Floor
     Farmington Hills, MI 48331                Chicago, IL 60601

PLEASE TAKE NOTICE that on November 4, 2022, the undersigned filed the **County Defendants' Motion to Dismiss** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman                            s/ Martin W. McManaman
L&G Law Group LLP
175 West Jackson Blvd.
Suite 950
Chicago, IL 60604
(312) 364-2500

CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that this notice and referenced motion were filed using the Clerk of Court's Electronic Case Filing system on November 4, 2022, which provides notification of same to the above-referenced counsel of record.

s/ Jennifer Guerrero