IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE VAUGHN and GAIL VAUGHN, | ) | |
| | ) | Case No. 22-cv-4133 |
| Plaintiffs, | ) | |
| | ) | Judge Manish S. Shah |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| STATE OF ILLINOIS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants, State of Illinois, Illinois State Police Master Sergeant Gary Lawson, and Illinois State Police Forensic Scientist Kelly J. Krajnik, ("State Defendants") by their attorney, Kwame Raoul, Attorney General of Illinois, pursuant to Rules 12(b)(1) and 12(b)(6), hereby move this Court to dismiss the claims in Plaintiffs' Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

KWAME RAOUL
Illinois Attorney General

By: */s/ Marci L. Sahinoglu*
MARCI L. SAHINOGLU
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-3131
marci.sahinoglu@ilag.gov