IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIERRE VAUGHN and GAIL VAUGHN, ) <br> ) <br> Plaintiffs, ) <br> ) No. 22-cv-4133 <br> v. ) <br> ) Judge Manish Shah <br> STATE OF ILLINOIS, COUNTY OF WILL, ) <br> JAMES W. GLASGOW, JOHN R. CONNOR, ) <br> KELLY J. KRAJNIK and GARY LAWSON, ) <br> ) <br> Defendants. ) | |

## NOTICE OF FILING

TO: Keith Altman  
      The Law Office of Keith Altman  
      33228 West 12 Mile Road  
      Suite 375  
      Farmington Hills, MI 48331

Marci L. Sahinoglu  
Assistant Attorney General  
100 West Randolph Street  
13th Floor  
Chicago, IL 60601

PLEASE TAKE NOTICE that on January 12, 2023, the undersigned filed the **County Defendants' Reply in Support of their Motion to Dismiss** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman                                       s/ Martin W. McManaman  
L&G Law Group LLP  
175 West Jackson Blvd.  
Suite 950  
Chicago, IL 60604  
(312) 364-2500

CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that this notice and referenced reply brief were filed using the Clerk of Court's Electronic Case Filing system on January 12, 2023, which provides notification of same to the above-referenced counsel of record.

                                                                                                   s/ Amy Bockman