

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Martin W. McManaman

Firm   Kilpatrick Townsend & Stockton LLP

Street Address   175 West Jackson Blvd, Ste 950

City/State/Zip Code   Chicago, IL 60604

Phone Number   312-364-2500

Email address   mmcmanaman@kilpatricktownsend.com

ARDC (Illinois State Bar members, only)   6237665

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 20-cv-3830 | Morrow v. City of Joliet, et al. | Judge Robert Blakey |
| 16-CV-9663 | Ballard v. Yuhas, et al | Judge Jorge L. Alonso |
| 16-CV-8166 | Ballard v. Harmston, et al. | Judge Jorge L. Alonso |
| 20-CV-5828 | Webb v. Fillipitch | Judge Charles P. Kocoras |
| 21-CV-203 | Weaver v. Will County Sheriff | Judge Manish S. Shah |
| 22-CV-3875 | Chicago Title v. Possibility Pla | Judge Martha M. Pacold |
| 22-CV-4133 | Vaughn v. State of Illinois, et al. | Judge Manish S. Shah |

s/Martin W. McManaman                     March 15, 2023
_____     _____
Signature of Attorney                                  Date

Rev. 01272016