# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Pierre Vaughn, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>State of Illinois, et al.,<br><br>Defendants. | Case No. 22-cv-04133<br>Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants State of Illinois, County of Will, James W. Glasgow, John R. Connor, Kelly Krajnik, Gary Lawson.
and against plaintiffs Pierre Vaughn, Gail Vaughn.

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 5/8/2023                                              Thomas G. Bruton, Clerk of Court

                                                            /Susan McClintic , Deputy Clerk